# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 10-2060

_____

| | | |
|---|---|---|
| B. J. G., by and through her next friend Elizabeth McCray, | * | |
| | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| St. Charles County Sheriff; Francis Howell School District; Juvenile Justice Center, | * | |
| | * | [UNPUBLISHED] |
| | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 4, 2010
Filed: November 9, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Elizabeth McCray, on behalf of her minor child B.J.G., appeals the district court's[1] dismissal of her 42 U.S.C. § 1983 action under Federal Rule of Civil Procedure 12(b)(6). Upon careful de novo review, see Carter v. Arkansas, 392 F.3d 965, 968 (8th Cir. 2004), we conclude that dismissal was proper for the reasons the

_____

[1]The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.

district court stated.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We also deny as moot appellee Francis Howell School District's motion to strike McCray's reply brief.

_____